UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Larry Kendall Locklear**      Docket No. 5:15-CR-195BO

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Larry Kendall Locklear, who, upon an earlier plea of guilty to 18 U.S.C. §§924(c)(1)(A) and 2, was sentenced by the Honorable R. Bryan Harwell, U.S. District Judge on April 16, 2010, to the custody of the Bureau of Prisons for a term of 80 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Larry Kendall Locklear was released from custody on February 20, 2015, at which time the term of supervised release commenced. The jurisdiction of the case was transferred from South Carolina to the Eastern District of North Carolina on June 24, 2015.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Mr. Locklear has reported symptoms of anxiety and this officer thinks that the defendant would benefit from seeing a mental health professional.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lee Holmes
Lee Holmes
Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2568
Executed On: March 28, 2016

### ORDER OF THE COURT

Considered and ordered this ___ day of March, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge